# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILTTERME SOUZA–QUINO<br><br>Petitioner(s),<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Respondent(s). | CASE NUMBER:<br><br>5:25–cv–01661–KK–AS<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __09/22/2025__ | __11__ | __Letter__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: September 30, 2025        /s/ *Alka Sagar*
                                  United States Magistrate Judge