UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01661-KK (AS) | Date | January 5, 2026 |
|---|---|---|---|
| Title | *Guiltterme Souza-Quino v. Department of Homeland Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On September 11, 2025, the Court issued an Order directing Petitioner to file an opposition or statement of non-opposition to the Motion to Dismiss filed by Respondent Department of Homeland Security.  (Dkt. No. 10).  Petitioner's response to the motion was due no later than October 13, 2025. Id.  To date, Petitioner has not filed his opposition to the Respondent's motion to dismiss.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE,** within **twenty-one (21) days** of the date of this Order (by no later than January 26, 2026), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b)

Petitioner may discharge this Order by filing an Opposition or Statement of non-opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  A Notice of Dismissal form is attached for Petitioner's convenience.**

Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to comply with Court orders.  See Fed.R. Civ. P. 41(b).

**IT IS SO ORDERED.**