JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GUILHERME SOUZA-AQUINO,<br><br>                    Petitioner,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et. al.,<br><br><br>                    Respondent. | Case No. EDCV 25-1661-KK(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and dismissed without prejudice.

DATED: March 19, 2026

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE